AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 08 2019

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALANIZ, Martikka<br>YOB:1997<br>USA | ) ) ) ) ) | Case No. M-19-2434-M |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 07, 2018__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(a)(1)<br>Misdemeanor | defendant(s) did knowingly and forcibly assault, resist, oppose, impede, intimidate or interfere with a person designated in section 1114 of title 18, United States Code, while such person was engaged in or on account of the performance of their official duties; |

This criminal complaint is based on these facts:
See Attachemnt A

☑ Continued on the attached sheet.

Approved by Amy L. Greenbaum 10/8/19
/s/ Amy J. Greenbaum

Sworn to before me and signed in my presence.

Complainant's signature

Adam Palmer  FBI/Task Force Officer
Printed name and title

Date: 10/08/2019 — 4:34 p.m.

Judge's signature

City and state: McAllen, Texas

Honorable Juan F. Alanis US Magistrate Judge
Printed name and title

Attachment A

On 10/07/2019 at about 11:05pm, United States Border Patrol Agents (BPA) responded to the area of Fronton, Starr County, Texas, in reference to suspected Illegal Aliens loading into a vehicle. Agents intercepted the vehicle and attempted to stop the vehicle. The vehicle pulled into the garage of a residence located at 3 Cisneros Lane and the occupants bailed out. Agents including BPA M.L. attempted to apprehend the group of suspected aliens. Border Patrol agents were utilizing clearly marked Border Patrol units and wearing clearly identifiable Border Patrol uniforms.

A female, later identified as Martikka ALANIZ (DOB 10/22/1997), who lived at the residence approached the agents as they were attempting to apprehend the Illegal aliens and began yelling profanities. ALANIZ follows Agents into the garage. BPA M.L. was clearing the vehicle in the garage to ensure that no other subjects were inside. ALANIZ threw an object at BPA M.L. which struck him on the forehead. BPA M.L. attempted to defuse the situation and returned to apprehending the aliens. ALANIZ went into the residence and locked the door.

Once the situation was contained, BPA M.L. located the object that had struck him in the garage and determined that it was a cigarette. The cigarette was recovered as evidence. Starr County Deputies arrived and assisted Border Patrol Agents at the scene. Starr County Deputies along with Border Patrol Agents made contact with ALANIZ who admitted to throwing a lit cigarette at BPA M.L. ALANIZ was detained for further investigation and transported to the Rio Grande City Border Patrol Station.

FBI Special Agents Matthew Allison made contacted with ALANIZ at the station and conducted a post Miranda custodial interview of her, during which she admitted to intentionally throwing a lit cigarette at BPA M.L.